1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  ANTHONY JACKSON,              )   Case No. EDCV 10-00967 VAP(OPx)
                                  )
12          Plaintiff,             )   **JUDGMENT**
                                  )
13     v.                          )
                                  )
14  US BANK NATIONAL              )
    ASSOCIATION, et al.,           )
15                                )
            Defendants.            )
16  _____

17  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

18      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED
19  that Plaintiff's Complaint against Defendant American Home Mortgage
20  Servicing, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that
21  such judgment be entered.
22
23  Dated:  August 5, 2010
                                          _____
24                                        VIRGINIA A. PHILLIPS
                                          United States District Judge
25
26
27
28