O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JACKSON,  <br>          Plaintiff,  <br>     v.  <br>US BANK NATIONAL ASSOCIATION, et al.,  <br>          Defendants. | Case No. EDCV 10-00967 VAP(OPx)  <br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Bank of America N.A. — erroneously sued as LaSalle Bank National Association, Trustee for Merrill Lynch Mortgae — and American Home Mortgage Servicing, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  August 25, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge